UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

        -against-                          18-CR-115 (LAK)

Wayne Jefferson,

                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Today's duty CJA attorney, Steven E. Lynch, is appointed to represent the defendant with regards to his motion for compassionate release. The Clerk shall send a copy of this order to the defendant.

SO ORDERED.

Dated: January 28, 2021

                                                         Lewis A. Kaplan
                                                   United States District Judge