UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    -against-                                               18-cr-0115 (LAK)

WAYNE JEFFERSON,

                            Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendant's Motion For Sentence Reduction Pursuant to 18 USC section 3582 (c)(1)(A) (Compassionate Release), which contains personal medical information personal information concerning his wife and the godmother of one or more children, shall be filed under seal.

       SO ORDERED.

Dated:      February 22, 2021

                                                  /s/    Lewis A Kaplan

                                                 _____
                                                          Lewis A. Kaplan
                                                   United States District Judge