UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                        18-cr-0115 (LAK)

WAYNE JEFFERSON,

                Defendant.
------------------------------------------------x

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/31/2021**

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to defendant's motion for compassionate release no later than April 21, 2021.

        SO ORDERED.

Dated:       March 31, 2021

                                                            Lewis A. Kaplan
                                                         United States District Judge